UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
CONNOR SPENCE, *et al.*,                                      :
:
                      Plaintiffs,                   :
:
              - against -                         :       24-CV-9823 (JMF)
:
NEW YORK CITY POLICE DEPARTMENT, :          **ORDER**
*et al.*,                                                     :
:
                      Defendants.                   :
:
------------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am receipt of Plaintiffs' motion for a temporary restraining order or preliminary injunction. (Doc. 4.) Accordingly, it is hereby:

      ORDERED that the parties appear for a telephonic conference on December 23, 2024 at 3 p.m. The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835. There is no attendee ID. The parties should be able to discuss the motion for a temporary restraining order, including, among other things: (1) actions taken to date by the New York City Police Department with regard to locations and alleged protected activities at issue, including contacts with Amazon; and (2) why venue is proper in the Southern District of New York.

SO ORDERED.

Dated:  December 21, 2024
          New York, New York

                                                                        Vernon S. Broderick
                                                                         United States District Judge
                                                                         Sitting as Part I Judge